STATE OF NEW JERSEY v. DONALD LEWIS.

July 8, 1980.

Petition for certification denied.

LEROY GREEN v. AAA TRUCKING CORPORATION.

July 8, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL JOHNSON.

July 8, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN WILLIAMS.

July 8, 1980.

Petition for certification denied.